**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**HARRY COLE**                                                                                         **PLAINTIFF**

**vs.**                                                 **CIVIL ACTION NO.: 3:05cv311-HTW-JCS**

**WAL-MART STORES, INC.**                                         **DEFENDANT**

**<u>AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE</u>**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Harry Cole, through his attorney, for entry of an Order of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants joined in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this, the 29th day of January, 2007.

                                                                         s/ HENRY T. WINGATE

                                                                         CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

<u>/s/ *Angela Turner-Lairy*</u>
Angela Turner-Lairy
Attorney for Plaintiff

<u>/s/ *D. Stephen Brouillette, Jr.*</u>
D. Stephen Brouillette, Jr.
Attorney for Defendants

# cole v walmart dismissal order.wpd